1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| **ROBERT LEWIS,** | | 1:03-cv-06176-REC-TAG HC |
| | Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL ANSWER (Doc. 21)** |
| v. | | |
| **A. K. SCRIBNER, Warden,** | | |
| | Respondent. | **ORDER DIRECTING CLERK OF COURT TO FILE PROPOSED SUPPLEMENTAL ANSWER ATTACHED TO RESPONDENT'S REQUEST FOR LEAVE (Doc. 21)** |

Petitioner is a state prisoner proceeding pro se on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 4, 2004, Respondent filed an Answer to the instant petition. (Doc. 13). On June 22, 2004, Petitioner filed his Traverse. (Doc. 20). On July 22, 2005, Respondent filed this request for leave to file a Supplemental Answer based on recent decisions by the California Supreme Court and the United States District Court for the Eastern District of California. (Doc. 21, pp. 1-2). Contemporaneous with the filing of the instant request, Respondent has filed a proposed Supplemental Answer that discusses these decisions and their applicability to the issues

raised in the Petition for Writ of Habeas Corpus.  The Court's preliminary review of the proposed Supplemental Answer indicates the cases do have some legal bearing upon the issues to be resolved in this case.

## ORDER

Accordingly, GOOD CAUSE APPEARING therefore, it is HEREBY ORDERED that:

1. Respondent's request for leave to file a Supplemental Answer to the Petition for Writ of Habeas Corpus (Doc. 21),is GRANTED;

2. Petitioner may file a reply to the Supplemental Answer within thirty (30) days from the date of service of this Order;

3. The Clerk of the Court is DIRECTED to file the Supplemental Answer attached to Respondent's request for leave to file a supplemental answer (Doc. 21).

IT IS SO ORDERED.

**Dated:   July 25, 2005**                        **/s/ Theresa A. Goldner**
j6eb3d                                            UNITED STATES MAGISTRATE JUDGE