UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT LEWIS, | ) | 1:03-CV-6176-REC-TAG HC |
|     Petitioner, | ) | |
|   v. | ) | ORDER GRANTING EXTENSION OF TIME  (Doc. 26) |
| A. K. SCRIBNER, | ) | |
|     Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 22, 2005, Respondent requested leave to file a supplemental answer.  (Doc. 21).  On July 25, 2005, the Court granted Respondent's request (Doc. 24); Respondent filed the supplemental answer on that same date.  (Doc. 25).  On August 22, 2005, Petitioner filed a motion to extend time to file a reply/traverse to Respondent's supplemental answer.  (Doc. 26).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

Petitioner's motion for extension of time (Doc. 26), is GRANTED.  Petitioner is granted thirty days from the date of service of this order in which to file his supplemental traverse.

IT IS SO ORDERED.

**Dated:   September 13, 2005**             /s/ Theresa A. Goldner
j6eb3d                                                      UNITED STATES MAGISTRATE JUDGE